IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAQUANDA J D ENGLISH, :

    Plaintiff, :

vs. : CA 17-0052-WS-MU

NANCY A. BERRYHILL, :
Acting Commissioner of Social Security,
                                        :

    Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 14, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of October, 2017.

                                                    s/WILLIAM H. STEELE
                                                    **UNITED STATES DISTRICT JUDGE**