# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LAQUANDA J D ENGLISH, | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-0052-WS-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated January 24, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of February, 2018.

        **s/WILLIAM H. STEELE**
        **UNITED STATES DISTRICT JUDGE**