IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAQUANDA J D ENGLISH, | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-0052-WS-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded reasonable attorney's fees in the amount of $876.02 under the Equal Access to Justice Act, representing compensation for 4.50 hours of service by Laura E. Holland, Esquire, at the cost-of-living-adjusted rate of $194.67, and court costs of $400.00; the total EAJA award due and owing Plaintiff is $1,276.02.

**DONE** this 23rd day of February, 2018.

**s/WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**